IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN DAUDA                                                                                   PLAINTIFF

V.                                          NO. 10-5049

MICHAEL ASTRUE,
Commissioner of the Social Security Administration                        DEFENDANT

**J U D G M E N T**

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 2nd day of May, 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE